IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INARA CEDRINS,

    Plaintiff,

vs.                                                                                          No. CIV 09-687 JP/RHS

RAMESH KUMAR SHRESTHA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND PROHIBITING FURTHER FILINGS WITHOUT PERMISSION

On July 20, 2009, *pro se* Plaintiff Inara Cedrins filed Motion to Present Preliminary Evidence to the Court (Doc. No. 5) and on July 21, 2009, she filed Motion for Order of Service of Process (Doc. No. 7). On August 14, 2009, the Court entered an Order of Reference (Doc. No. 11). The District Court requested a recommendation from the assigned United States Magistrate Judge regarding disposition of Plaintiff's motions.

On October 6, 2009, the United States Magistrate Judge filed his Report and Recommendations (Doc. No. 13). On October 23, 2009, Plaintiff filed Objection to Report and Recommendation to Dismiss (Doc. No. 14).

The Court conducted a *de novo* review of those parts of the United States Magistrate Judge's Report and Recommendations to which Plaintiff objected. Plaintiff has stated nothing in her Objection to Report and Recommendation to Dismiss (Doc. No. 14) that addresses or remedies the fundamental problem of lack of federal jurisdiction in this case. Plaintiff Inara Cedrins has previously filed in the United States District Court for the District of New Mexico the following numerous cases in which she has raised essentially the same arguments and made essentially the same request for relief:

        *Cedrins v. Shrestha*, No. CIV 09-262 JB/RLP

        *Cedrins v. Shrestha*, No. CIV 09-348 LH/GBW

*Cedrins v. Shrestha*, No. CIV 09-645 JH/RLP

*Cedrins v. Shrestha*, No. CIV 09-646 MV/LFG

The judges of the United States District Court for the District of New Mexico have thoroughly and repeatedly explained to Plaintiff Inara Cedrins in all of these cases the lack of federal jurisdiction over the claims she asserts.

The Court adopts the Magistrate Judge's Report and Recommendations (Doc. No. 13) and concurs that all of Plaintiff's claims should be dismissed with prejudice.

In addition, the Court finds that Plaintiff Inara Cedrins' filing of this action and assertion of essentially the same claims that have previously been dismissed with prejudice in the other actions she has filed in this Court constitute frivolous and abusive litigation tactics.  In No. CIV 09-646 MV/LFG, *Inara Cedrins, Plaintiff, v. Ramesh Kumar Shrestha, Defendant*, Chief United States District Judge Martha Vazquez advised Inara Cedrins that continuation of her frivolous and abusive litigation tactics may result in sanctions including filing restrictions.

IT IS ORDERED THAT:

1. The Report and Recommendations of United States Magistrate Judge Robert Hayes Scott are adopted;

2. Plaintiff's Objections to the United States Magistrate Judge's Report and Recommendations are overruled;

3. Plaintiff's complaint and this action are dismissed with prejudice; and

4. The Clerk of the court is directed not to accept for filing any further complaints presented by Inara Cedrins for filing unless Inara Cedrins has previously obtained the written permission of Chief United States Magistrate Judge Richard L. Puglisi to file her proposed complaint.

_____
SENIOR UNITED STATES DISTRICT JUDGE